1    Donald M. Falk (SBN 150256)
      dfalk@mayerbrown.com
2    Edward D. Johnson (SBN 189475)
      wjohnson@mayerbrown.com
3    Eugene Volokh (SBN 194464)
      evolokh@mayerbrown.com
4    Jason A. Wrubleski (SBN 251766)
      jwrubleski@mayerbrown.com
5    MAYER BROWN LLP
      Two Palo Alto Square, Suite 300
6    3000 El Camino Real
      Palo Alto, CA  94306-2112
7    Telephone: (650) 331-2000
      Facsimile:  (650) 331-2060
8
      *Attorneys for Plaintiff*
9    LOCAL SEARCH ASSOCIATION

10

                     **UNITED STATES DISTRICT COURT**
11
                   **NORTHERN DISTRICT OF CALIFORNIA**
12
                         **OAKLAND DIVISION**
13

14   LOCAL SEARCH ASSOCIATION,              CASE NO. C 11-2776 SBA

15                                           **STIPULATED REQUEST TO ENTER
                            Plaintiff,       [PROPOSED] ORDER MODIFYING**
16          v.                               **BRIEFING SCHEDULE FOR
                                             PLAINTIFF'S MOTION FOR
17   CITY AND COUNTY OF SAN FRANCISCO;       PRELIMINARY INJUNCTION**
      BOARD OF SUPERVISORS OF THE CITY
18    AND COUNTY OF SAN FRANCISCO; and
      EDWIN M. LEE, in his official capacity as
19    MAYOR of the City and County of San
      Francisco,
20
                            Defendants.
21

22

23

24

25

26

27

28

                                    STIP. AND [PROPOSED] ORDER TO EXCEED PAGE LIMIT
                                                     CASE NO. C 11-2776 SBA

1

**STIPULATED REQUEST**

2        Plaintiff Local Search Association ("LSA") and Defendants City and County of San

3   Francisco, Board of Supervisors of the City and County of San Francisco, and Edwin M. Lee

4   (collectively, "the City"), by and through their counsel of record, hereby agree and stipulate as

5   follows:

6        WHEREAS, on August 30, 2011, LSA shall file its Motion for Preliminary Injunction

7   alleging that San Francisco Ordinance No. 78-11 (the "Ordinance") should be preliminarily

8   enjoined from taking effect; and

9        WHEREAS, given the legal and factual issues raised by LSA's Motion for Preliminary

10  Injunction—including whether Plaintiff is likely to succeed on the merits of its claims, whether

11  irreparable injury is likely in the absence of injunctive relief, whether an injunction would serve

12  the public interest, and other matters—the parties believe they will need a longer briefing

13  schedule,

14       IT IS THEREFORE STIPULATED AND AGREED between LSA and the City, with the

15  Court's permission, that:

16       (1)    The City's response to Plaintiff's Motion for Preliminary Injunction shall be filed

17  no later than October 11, 2011; and

18       (2)    Plaintiff LSA's reply in support of its Motion for Preliminary Injunction shall be

19  filed no later than November 1, 2011.

20       IT IS SO STIPULATED.

21  Dated:  August 30, 2011                    DENNIS J. HERRERA
                                              SAN FRANCISCO CITY ATTORNEY
22

23

24                                            By:      /s/  Christine Van Aken
                                                     Christine Van Aken
25                                                   Deputy City Attorney

26                                            *Counsel for Defendants City and County of San
                                              Francisco, Board of Supervisors of the City and
27                                            County of San Francisco, and Edwin M. Lee*

28

1    Dated:  August 30, 2011                    MAYER BROWN LLP

2

3                                               By:      /s/  Jason A. Wrubleski          .
                                                         Jason A. Wrubleski
4
                                                *Counsel for Plaintiff Local Search Association*
5

6
     *Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), Jason A. Wrubleski hereby*
7    *attests that the signatories' concurrence in the filing of this document has been obtained.*

8

9                                    [PROPOSED] ORDER

10              PURSUANT TO STIPULATION, IT IS SO ORDERED.

11

12   Dated:  August  9/6  , 2011
                                                _____
13                                              HON. SAUNDRA BROWN ARMSTRONG
                                                UNITED STATES DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                             3