Donald M. Falk (SBN 150256)
  dfalk@mayerbrown.com
Edward D. Johnson (SBN 189475)
  wjohnson@mayerbrown.com
Eugene Volokh (SBN 194464)
  evolokh@mayerbrown.com
Jason A. Wrubleski (SBN 251766)
  jwrubleski@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060

*Attorneys for Plaintiff*
LOCAL SEARCH ASSOCIATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| LOCAL SEARCH ASSOCIATION,<br><br>            Plaintiff,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO; and EDWIN M. LEE, in his official capacity as MAYOR of the City and County of San Francisco,<br><br>            Defendants. | CASE NO. C 11-2776 SBA<br><br>**STIPULATED REQUEST TO ENTER [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

**STIPULATED REQUEST**

Plaintiff Local Search Association ("LSA") and Defendants City and County of San Francisco, Board of Supervisors of the City and County of San Francisco, and Edwin M. Lee (collectively, "the City"), by and through their counsel of record, hereby agree and stipulate as follows:

WHEREAS, on August 30, 2011, LSA shall file its Motion for Preliminary Injunction alleging that San Francisco Ordinance No. 78-11 (the "Ordinance") should be preliminarily enjoined from taking effect; and

WHEREAS, given the legal and factual issues raised by LSA's Motion for Preliminary Injunction—including whether Plaintiff is likely to succeed on the merits of its claims, whether irreparable injury is likely in the absence of injunctive relief, whether an injunction would serve the public interest, and other matters—the parties believe they will need a longer briefing schedule,

IT IS THEREFORE STIPULATED AND AGREED between LSA and the City, with the Court's permission, that:

(1) The City's response to Plaintiff's Motion for Preliminary Injunction shall be filed no later than October 11, 2011; and

(2) Plaintiff LSA's reply in support of its Motion for Preliminary Injunction shall be filed no later than November 1, 2011.

IT IS SO STIPULATED.

Dated: August 30, 2011
DENNIS J. HERRERA
SAN FRANCISCO CITY ATTORNEY


By:   /s/ Christine Van Aken
      Christine Van Aken
      Deputy City Attorney

*Counsel for Defendants City and County of San Francisco, Board of Supervisors of the City and County of San Francisco, and Edwin M. Lee*

| | | |
|---|---|---|
| 1 | Dated: August 30, 2011 | MAYER BROWN LLP |
| 2 | | |
| 3 | | By: /s/ Jason A. Wrubleski |
| | | Jason A. Wrubleski |
| 4 | | |
| 5 | | *Counsel for Plaintiff Local Search Association* |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), Jason A. Wrubleski hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: ~~August~~ 9/6 , 2011

*/s/ Saundra B. Armstrong*
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

3