1  Donald M. Falk (SBN 150256)
     dfalk@mayerbrown.com
2  Edward D. Johnson (SBN 189475)
     wjohnson@mayerbrown.com
3  Eugene Volokh (SBN 194464)
     evolokh@mayerbrown.com
4  Jason A. Wrubleski (SBN 251766)
     jwrubleski@mayerbrown.com
5  MAYER BROWN LLP
   Two Palo Alto Square, Suite 300
6  3000 El Camino Real
   Palo Alto, CA  94306-2112
7  Telephone:  (650) 331-2000
   Facsimile:   (650) 331-2060
8
   *Attorneys for Plaintiff*
9  LOCAL SEARCH ASSOCIATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| LOCAL SEARCH ASSOCIATION,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO; and EDWIN M. LEE, in his official capacity as MAYOR of the City and County of San Francisco,<br><br>　　　　　Defendants. | CASE NO. C 11-2776 SBA<br><br>**[PROPOSED] ORDER** |

## [PROPOSED] ORDER

Having considered the papers submitted with respect to plaintiff LSA's Administrative Motion to File Under Seal Proposed Sealed Versions of Declarations of Emma Acero, Daniel Deal, Sieg Fischer, Ken Ray, and Prof. Bruce Owen (the "Motion to Seal"), and good cause appearing therefor, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. The proposed sealed version of the declarations of Emma Acero, Daniel Deal, Sieg Fischer, Ken Ray, and Prof. Bruce Owen in support of LSA's Motion for Preliminary Injunction shall be filed under seal, with redacted versions of such documents placed in the public file.

**IT IS SO ORDERED.**

Dated: __9/6__, 2011    By: _/s/ Saundra B. Armstrong_
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE