DENNIS J. HERRERA, State Bar #139669
City Attorney
DANNY CHOU, State Bar #180240
Chief of Complex and Special Litigation
CHRISTINE VAN AKEN, State Bar #241755
FRANCESCA GESSNER, State Bar #247553
Deputy City Attorneys
1390 Market Street, 7th Floor
San Francisco, California 94102
Telephone:     (415) 554-3875
Facsimile:      (415) 554-3985
E-Mail:          christine.van.aken@sfgov.org

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LOCAL SEARCH ASSOCIATION,<br><br>        Plaintiff,<br><br>        vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO; and EDWIN M. LEE, in his official capacity as MAYOR of the City and County of San Francisco,<br><br>        Defendants. | Case No. CV-11-2776 SBA<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>**[Local Rule 6-2]**<br><br>Date Action Filed     June 7, 2011<br>Trial Date:              Not set |
|---|---|

   WHEREAS, Plaintiff Local Search Association ("LSA") has filed a motion for preliminary injunction, and that motion has been set to be heard on January 10, 2012, at 1:00 p.m., and

   WHEREAS, Defendants City and County of San Francisco, Board of Supervisors of the City and County of San Francisco, and Mayor Edwin M. Lee ("City") have sought additional time to respond to LSA's motion for preliminary injunction for the reasons set forth in the accompanying Declaration of Christine Van Aken.

STIPULATION & PROPOSED ORDER                        1              c:\docume~1\workst~1\locals~1\temp\notes06e812\00729095.doc
CASE NO. CV-11-2776 EDL

1 Pursuant to Local Civil Rule 6-2, the parties stipulate as follows.

2   1.   Defendants City and County of San Francisco, Board of Supervisors of the City and County of San Francisco, and Mayor Edwin M. Lee shall file their brief responding to LSA's motion for preliminary injunction no later than October 21, 2011; and

   2.   Plaintiff Local Search Association shall file its reply brief in support of its motion for preliminary injunction no later than November 21, 2011.

IT IS SO STIPULATED.


Dated: October 3, 2011          By:_____/s/_____
                                      Jason Wrubleski
                                Attorney for Plaintiff Local Search Association


Dated: September 30, 2011       By:_____/s/_____
                                      Christine Van Aken*
                                Attorney for Defendants City and County of San
                                Francisco, San Francisco Board of Supervisors, and San
                                Francisco Mayor Edwin M. Lee

*THE FILER OF THIS DOCUMENT ATTESTS THAT CONCURRENCE IN THE FILING OF THIS DOCUMENT HAS BEEN OBTAINED FROM ALL SIGNATORIES.

**] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:__10/6/11_____          _____
                                        HON. SAUNDRA BROWN ARMSTRONG
                                        UNITED STATES DISTRICT JUDGE