Donald M. Falk (SBN 150256)
  dfalk@mayerbrown.com
Edward D. Johnson (SBN 189475)
  wjohnson@mayerbrown.com
Eugene Volokh (SBN 194464)
  evolokh@mayerbrown.com
Jason A. Wrubleski (SBN 251766)
  jwrubleski@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2000
Facsimile:   (650) 331-2060

*Attorneys for Plaintiff*
LOCAL SEARCH ASSOCIATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| LOCAL SEARCH ASSOCIATION,<br><br>　　　　　　　Plaintiff,<br>　v.<br>CITY AND COUNTY OF SAN FRANCISCO; BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO; and EDWIN M. LEE, in his official capacity as MAYOR of the City and County of San Francisco,<br><br>　　　　　　　Defendants. | CASE NO. C 11-2776 SBA (dmr)<br><br>**ORDER** |

**ORDER**

Having considered the papers submitted with respect to Defendants' Administrative Motion to File Under Seal (1) Proposed Sealed Version of City's Memorandum of Points and Authorities; and (2) Third Declaration of Christine Van Aken in Opposition to Motion For Preliminary Injunction, and good cause appearing therefor, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. The proposed sealed versions of (1) the City and County of San Francisco's Memorandum of Points and Authorities in Opposition to Local Search Association's Motion for Preliminary Injunction and (2) the Third Declaration of Christine Van Aken in Support of City's Opposition to LSA's Motion for Preliminary Injunction (and Exhibit N thereto) shall be filed under seal. The redacted versions filed electronically on October 21, 2011 shall be placed in the public file.

**IT IS SO ORDERED.**

Dated:_11/7/11       By:   _____*Saundra B. Armstrong*_____
                           HON. SAUNDRA BROWN ARMSTRONG
                           UNITED STATES DISTRICT COURT JUDGE