Donald M. Falk (SBN 150256)
  dfalk@mayerbrown.com
Edward D. Johnson (SBN 189475)
  wjohnson@mayerbrown.com
Eugene Volokh (SBN 194464)
  evolokh@mayerbrown.com
Jason A. Wrubleski (SBN 251766)
  jwrubleski@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

*Attorneys for Plaintiff*
LOCAL SEARCH ASSOCIATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| LOCAL SEARCH ASSOCIATION,<br><br>                Plaintiff,<br>       v.<br><br>CITY AND COUNTY OF SAN FRANCISCO; BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO; and EDWIN M. LEE, in his official capacity as MAYOR of the City and County of San Francisco,<br><br>                Defendants. | CASE NO. C 11-2776 SBA (dmr)<br><br>**ORDER** |

**ORDER**

Having considered the papers submitted with respect to plaintiff LSA's Unopposed Motion to File Under Seal Proposed Sealed Versions of the Declarations of Henry Arnold, Vince Gage, and Shiva Pakdel, (the "Motion to Seal"), and good cause appearing therefor, **IT IS HEREBY ORDERED** that the motion is **GRANTED**. Pursuant to General Order No. 62, LSA is directed to e-file under seal the proposed sealed versions of the declarations of Henry Arnold, Vince Gage, and Shiva Pakdel.

**IT IS SO ORDERED.**

Dated: 11/29/11          By: _____*Saundra B Armstrong*_____
                              HON. SAUNDRA BROWN ARMSTRONG
                              UNITED STATES DISTRICT COURT JUDGE