UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LOCAL SEARCH ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO; and EDWIN M. LEE, in his official capacity as MAYOR of the City and County of San Francisco,<br><br>Defendants. | Case No:  C 11-2776 SBA<br><br>**ORDER CONTINUING MOTION HEARING**<br><br>Docket 107 |

The hearing on Plaintiff's motion for preliminary injunction scheduled for February 7, 2012 is CONTINUED to **March 6, 2012 at 1:00 p.m.**  The Court, in its discretion, may resolve the motion without oral argument.  Fed. R. Civ. P. 78(b); Civ. L.R. 7-1(b).  The parties are advised to check the Court's website to determine whether a court appearance is required.

IT IS SO ORDERED.

Dated: 2/10/12

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge