1   Donald Falk (SBN 150256)
      dfalk@mayerbrown.com
2   Edward D. Johnson (SBN 189475)
      wjohnson@mayerbrown.com
3   Eugene Volokh (SBN 194464)
      evolokh@mayerbrown.com
4   Rena Chng (SBN 209665)
      rchng@mayerbrown.com
5   MAYER BROWN LLP
    Two Palo Alto Square, Suite 300
6   3000 El Camino Real
    Palo Alto, CA  94306-2112
7   Telephone: (650) 331-2000
    Facsimile:  (650) 331-2060
8
    *Attorneys for Plaintiff*
9   LOCAL SEARCH ASSOCIATION

10              **UNITED STATES DISTRICT COURT**

11            **NORTHERN DISTRICT OF CALIFORNIA**

12                  **OAKLAND DIVISION**

13

14  LOCAL SEARCH ASSOCIATION,              Case No. 4:11-CV-02776 SBA

15              Plaintiff,                 **ORDER SEALING PORTIONS OF
                                           PLAINTIFF'S MOTION FOR
16         v.                              TEMPORARY RESTRAINING ORDER
                                           AND SUPPORTING DECLARATIONS**
17  CITY AND COUNTY OF SAN FRANCISCO;
    BOARD OF SUPERVISORS OF THE CITY
18  AND COUNTY OF SAN FRANCISCO; and
    EDWIN. M. LEE, in his official capacity as
19  MAYOR of the City and County of San
    Francisco
20
                Defendants.
21

22

23

24

25

26

27

28
                                                      [PROPOSED] ORDER
                                                CASE NO.: 4:11-CV-02776 SBA

**ORDER**

Having considered the papers submitted with respect to plaintiff LSA's Administrative Motion to Seal Portions of Motion for Temporary Restraining Order and Supporting Declarations (the "Motion to Seal"), and good cause appearing therefore, IT IS HEREBY ORDERED that the motion is GRANTED.  The Proposed Sealed Versions of LSA's Motion for Temporary Restraining Order and Declarations of Daniel Deal, Sieg Fischer, and Kenneth Ray in support shall be filed under seal, with redacted versions of such documents placed in the public file.

**IT IS SO ORDERED.**

Dated:_4/24/12                          By:  _____
                                             HON. SAUNDRA BROWN ARMSTRONG
                                             UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER
CASE NO.: 4:11-CV-02776 SBA