1   Donald Falk (SBN 150256)
      dfalk@mayerbrown.com
2   Edward D. Johnson (SBN 189475)
      wjohnson@mayerbrown.com
3   Eugene Volokh (SBN 194464)
      evolokh@mayerbrown.com
4   Rena Chng (SBN 209665)
      rchng@mayerbrown.com
5   MAYER BROWN LLP
    Two Palo Alto Square, Suite 300
6   3000 El Camino Real
    Palo Alto, CA  94306-2112
7   Telephone:  (650) 331-2000
    Facsimile:   (650) 331-2060
8
    *Attorneys for Plaintiff*
9   LOCAL SEARCH ASSOCIATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| LOCAL SEARCH ASSOCIATION, | Case No. 4:11-CV-02776 SBA |
| Plaintiff, | **ORDER SEALING PORTIONS OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND SUPPORTING DECLARATIONS** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO; BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO; and EDWIN. M. LEE, in his official capacity as MAYOR of the City and County of San Francisco | |
| Defendants. | |

**ORDER**

Having considered the papers submitted with respect to plaintiff LSA's Administrative Motion to Seal Portions of Motion for Temporary Restraining Order and Supporting Declarations (the "Motion to Seal"), and good cause appearing therefore, IT IS HEREBY ORDERED that the motion is GRANTED.  The Proposed Sealed Versions of LSA's Motion for Temporary Restraining Order and Declarations of Daniel Deal, Sieg Fischer, and Kenneth Ray in support shall be filed under seal, with redacted versions of such documents placed in the public file.

**IT IS SO ORDERED.**

Dated:_4/24/12        By: _____
                          HON. SAUNDRA BROWN ARMSTRONG
                          UNITED STATES DISTRICT COURT JUDGE

2

[PROPOSED] ORDER
CASE NO.: 4:11-CV-02776 SBA