UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LOCAL SEARCH ASSOCIATION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO; and EDWIN M. LEE, in his official capacity as MAYOR of the City and County of San Francisco,<br><br>　　　　Defendants. | Case No: C 11-2776 SBA<br><br>**ORDER REOPENING ACTION** |

To facilitate the parties' submission of the requisite documentation to finalize their settlement agreement, the conditional dismissal (Dkt. 198) entered on March 5, 2013 is VACATED, and the Clerk shall REOPEN the action. The parties shall appear for a telephonic Case Management Conference on **June 4, 2013 at 2:30 p.m.** Plaintiff's counsel is to set up the conference call with all the parties on the line and call chambers at (510) 637-3559.

　　　　IT IS SO ORDERED.

Dated: March 6, 2013

　　　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge