1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOCAL SEARCH ASSOCIATION,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO; and EDWIN M. LEE, in his official capacity as MAYOR of the City and County of San Francisco,<br><br>    Defendants. | Case No. CV-11-2776 SBA<br><br>**[PROPOSED] CONSENT JUDGMENT**<br><br><br>Date Action Filed   June 7, 2011<br>Trial Date:   Not set |

STIPULATION &
[PROPOSED] CONSENT JUDGMENT
CASE NO. CV-11-2776 EDL

1

c:\users\sbalc2\appdata\local\temp\notes95ec0b\~2962868.doc

# [~~PROPOSED~~] CONSENT JUDGMENT

On June 7, 2011, Plaintiff Local Search Association ("LSA") brought this action against defendants the City and County of San Francisco, the Board of Supervisors of the City and County of San Francisco, and San Francisco Mayor Edwin M. Lee (collectively "City"), challenging San Francisco Ordinance 78-11, codified at San Francisco Environment Code §§ 2101 – 2108, and seeking declaratory and injunctive relief and attorneys' fees.

LSA and the City dispute whether Ordinance 78-11 was constitutional at the time it was enacted, but the parties agree that under *Dex Media West Inc. v. City of Seattle*, 696 F.3d 952 (9th Cir. Oct. 15, 2012), Ordinance 78-11 is unconstitutional under the First Amendment to the United States Constitution and may not be enforced.

By stipulation, the Court therefore enters this Consent Judgment against the City and in favor of Plaintiff. The City shall pay $85,000 in fees and costs to Plaintiff. The parties shall otherwise bear their own fees and costs.

IT IS SO ORDERED.

Dated:__9/18/13_____          *Saundra B Armstrong*
                                          HON. SAUNDRA BROWN ARMSTRONG
                                          United States District Judge